PARIS OF WAYNE, INC. v. RICHARD A. HAJJAR AGENCY.

September 30, 1980.

Petition for certification denied. (See 174 *N.J.Super.* 310)

STATE OF NEW JERSEY v. ALBERT BIANCO.

September 30, 1980.

Petition for certification denied.

CATHERINE CURLEY v. SHEILA R. EVANS.

September 30, 1980.

Petition for certification denied.

GREGORY Z. MACKARONIS, JR. v. NEW JERSEY CIVIL
SERVICE COMMISSION.

September 30, 1980.

Petition for certification denied.